UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE F. TORRES,<br><br>                      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>                      Defendant. | Case No.: 3:17-cv-02504-GPC-JMA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF No. 3]** |

**I.    Background**

Plaintiff, Vicente Torres, with counsel, has filed a complaint requesting judicial review of the Commissioner's decision denying Plaintiff's claims for disability insurance benefits. Dkt. No. 1. Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a) at the time of the filing, but instead filed a Motion to Proceed in Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 3. For the following reasons, the Court **GRANTS** Plaintiff's motion to proceed IFP.

**II.    Discussion**

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C.

§ 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees. *See* 28 U.S.C. §1915(a). Such an affidavit must include a complete statement of the plaintiff's assets. *See id.*

Here, Plaintiff submitted a declaration reporting that he has not worked since 2010, and his spouse works part time, receving $350 a month. ECF No. 3 at 2. Plaintiff receives public assistance in the amount of $350 a month. *Id.* at 3. Plaintiff has $7.00 in his checking account, and owns a car worth around $800.00. *Id.* at 3. Plaintiff and his spouse's monthly expenses, which include rent, utilities, food, and transportation, amount to a total of approximately $885. *Id.* at 4-5. Because Plaintiff lacks substantial assets and because his expenses exceed his and his spouse's total monthly income, Plaintiff has sufficiently demonstrated that he is unable to pay the required filing fee and that he meets the requirements to proceed IFP.

**III. Conclusion**

Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 14, 2017

Hon. Gonzalo P. Curiel
United States District Judge